UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:                             : CASE NO. 91-14535
                                   :
UNITY INVESTMENT                   : Chapter 7
COMPANY, LTD.                      :
                                   :
    DEBTOR                         :

*DOCKETED MAY 27 1998 FRANK J. MATHIUS, Clerk UNITED STATES BANKRUPTCY COURT NEW ORLEANS, LA* Section A

IN RE:                             : CASE NO. 92-12856-K
                                   :
NORTHLINE ENTERPRISES, INC.        : Chapter 7
                                   :
    DEBTOR                         :

## ORDER

Considering the motion of  PATRICIA IVERSEN READ - CREDITOR

herein, to remove funds from the Registry of the Court.

IT IS ORDERED, that funds on deposit in the Registry of the Court for the benefit of  PATRICIA IVERSEN READ - CREDITOR

in the amount of  $3,187.06  be released and that said funds in the amount of  $3,187.06  be paid

to  PATRICIA IVERSEN READ  and sent to the

address at  812 SUMMIT BOULEVARD, WEST PALM BEACH, FLORIDA 33405

New Orleans, Louisiana, this 22nd day of May, 1998.

/s/ J. Brown
U. S. BANKRUPTCY JUDGE