# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 91-14535 "A" |
| UNITY INVESTMENT COMPANY, LTD. | : | Chapter 7 |
| DEBTOR | : | Substantively consolidated with |
| IN RE: | : | CASE NO. 92-12856 "A" |
| NORTHLINE ENTERPRISES, INC. | : | Chapter 7 |
| DEBTOR | : | |

## ORDER

Considering the Ex Parte Motion to Reopen Consolidated Cases, Reappoint Trustee, and Request for Delay in Payment of Filing Fee, and it appearing that no notice need be given and sufficient cause appearing for the reopening of the above-captioned substantively consolidated cases, the reappointment of the Chapter 7 trustee, and the delay in the payment of the filing fee;

**IT IS ORDERED** that the Motion is granted and the above-captioned substantively consolidated cases are hereby reopened.

**IT IS FURTHER ORDERED** that the Office of the United States Trustee reappoint Mr. Chiasson as trustee to administer the assets, and that the Trustee deposit with the Clerk, United States Bankruptcy Court, the appropriate filing fee upon receiving sufficient funds to pay same.

New Orleans, Louisiana, August 31, 2010.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge