UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: : CASE. NO. 91-14585 "A"
UNITY INVESTMENT COMPANY, LTD : Chapter 7

DEBTOR :
: FILED
: 2011 SEP 15 P 1:04
: *Substantively consolidated with*
:
IN RE: : CASE NO. 92-12856 "A"
NORTHLINE ENTERPRISES, INC. : Chapter 7

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

I, Patricia Iversen Read, the undersigned claimant, move the court for an order disbursing the funds on deposit in this estate for the following reasons:

1. On 07/26/2010, the trustee of this estate deposited the sum of $22,667.10, belonging to Northline Enterprises Inc., with the Clerk of the Bankruptcy Court under 11 U.S.C. § 347(a).

2. I seek payment of these unclaimed funds to Claimant Name: at the following address: 812 Summit Boulevard, West Palm Beach, FL 33405.

3. I have provided the United States Attorney for the Eastern District of Louisiana with a copy of this motion.

4. I state under penalty of perjury that I am legally entitled to claim these amounts for whom the unclaimed funds were deposited in this bankruptcy case. I certify that, to the best of my knowledge, all information and documents submitted in support of this motion are true and correct.

9-12-11

Signature: Patricia Iversen Read
Claimant Name: Patricia Iversen Read
Mailing Address: 812 Summit Boulevard
City, State, Zip Code: West Palm Beach, FL 33405
Telephone Number: (561) 623-7405
Email (If filed electroncially): patriciaread@comcast.net

TERESA PIMENTEL
Notary Public - State of Florida
My Comm. Expires Jan 11, 2014
Commission # DD 951115

Subscribed and Sworn Before Me this 12 day of Septen, 20 11.

Notary Public in and for the State of FLORIDA
My commission expires: 01/11/2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | : | CASE. NO. 91-14535 "A" |
| UNITY INVESTMENT COMPANY, LTD | : | Chapter 7 |
| | : | |
| DEBTOR | : | |
| | : | *Substantively consolidated with* |
| | : | |
| IN RE: | : | CASE NO. 92-12856 "A" |
| NORTHLINE ENTERPRISES, INC. | : | Chapter 7 |

## CERTIFICATE OF SERVICE

I, __Patricia Iversen Read__, certify that on __09/12/2011__, a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the United States Attorney Office, c/o Hale Boggs Building, 500 Poydras Street, Suite 210-B, New Orleans, Louisiana, 70130 by first class mail, postage prepaid.

Signature: _[signature]_

Claimant Name: Patricia Iversen Read
Mailing Address: 812 Summit Boulevard
City, State, Zip Code: West Palm Beach, FL 33405
Telephone Number: (561) 623-7405
Email (If filed electroncially): patriciaread@comcast.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | : | CASE. NO. 91-14535 "A" |
| UNITY INVESTMENT COMPANY, LTD | : | Chapter 7 |
| | : | |
| DEBTOR | : | |
| | : | *Substantively consolidated with* |
| | : | |
| IN RE: | : | CASE NO. 92-12856 "A" |
| NORTHLINE ENTERPRISES, INC. | : | Chapter 7 |

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

The court has considered the Motion for Payment of Unclaimed Funds filed by

\_\_\_\_\_Patricia Iversen Read_____ requesting

payment of unclaimed funds in the amount of   $22,667.10   . The motion and the

documents attached establish that the claimant is entitled to the unclaimed funds and that proper

notice of the motion was given to the United States Attorney for the Eastern District of

Louisiana.  Accordingly,

IT IS ORDERED that the motion for payment of unclaimed funds is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court issue a check payable to

\_Patricia Iversen Read_____ in the amount stated above and mail the check to the

above address.

New Orleans, Louisiana, _____.

_____
U.S. BANKRUPTCY JUDGE